## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JEAN COULTER, : No. 571 MAL 2017
:
        Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
THOMAS FORREST AND DENNIS :
HOERNER, :
:
        Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.